# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:
Chad Carrington,

Chapter 13
Case No. 19-13358

Debtor(s).

## MOTION TO SELL REAL PROPERTY

Come now the Debtor, by and through counsel, and hereby move this Court to enter an order granting permission to sell the real estate, described in the petition as **81 Prather Street Byhalia, MS 38611** with a home mortgage currently financed with Planet Home Lending, LLC., 321 Research Parkway, Suite 303 Meriden, Connecticut 06450. In support of the motion, Debtors would show unto the Court that the property has become a burden to the estate and Debtor wishes to sell it. Debtor has a sales contract with the purchase price listed as $225,000.00.

Debtor shall be responsible for obtaining an updated payoff statement from lender prior to the sale. Debtor ask that the closing attorney be directed to satisfy the mortgage from funds derived from the sale, by making payment directly to the mortgagee, Planet Home Lending, LLC., that the closing attorney satisfy any other outstanding liens that may exist on the property, that the exempt portion claimed in the petition be paid directly to the Debtor, and that any remaining funds be paid to the Chapter 13 Trustee for disbursement through the plan. Upon completion of the sale, Debtors shall notify the Chapter 13 Trustee in writing so that the plan may be modified to cease disbursements to Planet Home Lending, LLC., and the plan payments reduced accordingly.

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that the Court enter an order granting permission to sell the real property financed by Planet Home Lending, LLC, that the closing attorney satisfy any other outstanding liens that may exist on the property, that the exempt portion

claimed in the petition be paid directly to the Debtor, that any remaining funds be paid to the Chapter 13 Trustee for disbursement through the plan, and that the Chapter 13 Trustee adjust the plan accordingly, including any reduction of plan payments as appropriate.

Respectfully submitted,

/s/ Jimmy E. McElroy #2540
Attorney for Debtors
3780 Mendenhall Rd. S., Suite 202
Memphis, TN. 38115
(901) 363 - 7283

### Certificate of Service

I, Jimmy E. McElroy, attorney for Debtors, do hereby certify that I have this day mailed or transmitted electronically a true and correct copy of the above pleading as below indicated.

So certified, this December 28, 2020.

/s/ Jimmy E. McElroy #2540

Chad Carrington, 81 Prather Street Byhalia, MS 38611
Chapter 13 Trustee - sbeasley@barkley13.com
US Trustee - USTPRegion05.AB.ECF@usdoj.gov
All Entities on Matrix (see attached)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Mississippi

In Re:  Chad Clayton Carrington

Debtor.

Chapter 13
Case No.  19-13358

### Order On Debtor's
### Motion to Sell Real Property (Dkt. )

This cause came before the Court on the Debtor's Motion to Sell Real Property, and the Court finds as follows:

1. The Debtor's Motion to Sell Real Property is hereby granted.

2. The Debtor shall be permitted to sell the real property, known as 81 Prather Street Byhalia, MS 38611, in the amount of $225,000.00.

3. Prior to the sale date, Debtor shall be responsible for obtaining an updated payoff statement from Planet Home Lending, LLC.

4. Following the satisfaction of the mortgage lien, closing costs, any other outstanding liens that may exist on the property by the closing attorney, Debtor shall be permitted to retain any exempt portion claimed in the petition directly. In the event of any remaining excess proceeds, the funds shall be issued directly to the Chapter 13 Trustee for disbursement through the plan.

5. Upon receipt of notice of the closing of the sale, the Chapter 13 Trustee shall cease

any further payments on the claim filed by Planet Home Lending, LLC., and reduce the plan payments accordingly.

6. The Chapter 13 Trustee shall adjust the plan as necessary to effectuate this order.

**##END OF ORDER##**

APPROVED:

/s/ Jimmy E. McElroy #2540
Attorney for Debtor
3780 Mendenhall, Ste. 202
Memphis, TN 38115
(901) 363 - 7283