

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Mississippi**

In Re: Chad Clayton Carrington

Debtor.

Chapter 13
Case No. 19-13358

**Agreed Order On Debtor's**
**Motion to Sell Real Property (Dkt. 86)**

This cause came before the Court on the Debtor's Motion to Sell Real Property and the response of the Trustee, and the Court finds as follows:

1. The Debtor's Motion to Sell Real Property is hereby granted.

2. The Debtor shall be permitted to sell the real property, known as 81 Prather Street Byhalia, MS 38611, in the amount of $230,000.

3. Prior to the sale date, Debtor shall be responsible for obtaining an updated payoff statement from Planet Home Lending, LLC.

4. Following the satisfaction of the mortgage lien, closing costs, any other outstanding liens that may exist on the property by the closing attorney, Debtor shall be permitted to retain any exempt portion, up to $75,000, claimed in the petition directly. In the event of any remaining excess proceeds, the funds shall be paid directly to the Chapter 13 Trustee for disbursement on a *pro rata* basis to nonpriority unsecured claims.

5.   The Chapter 13 Trustee shall cease any further payments on the claim filed by Planet Home Lending, LLC (Clm. #10).

6.   Within seven (7) days of the closing of the sales transaction, the Debtor shall provide to the Trustee a fully executed copy of the HUD-1 Settlement Statement.

7.   The Chapter 13 Trustee shall adjust the plan as necessary to effectuate this order.

**##END OF ORDER##**

AGREED AND APPROVED:

/s/ Jimmy E. McElroy #2540
Attorney for Debtor
3780 Mendenhall, Ste. 202
Memphis, TN   38115
(901) 363 – 7283

/s/ W. Jeffrey Collier
Attorney for Locke D. Barkley, Trustee
6360 I-55 North, Ste. 140
Jackson, MS 39211
(601) 355-6661