**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
CHAD CLAYTON CARRINGTON**

81 PRATHER STREET
BYHALIA, MS 38611

**CHAPTER 13 NO:**

**19-13358-JDW**

---

### NOTICE TO DEBTOR

---

    NOTICE is hereby given that your plan payment will change from **$2,872.00** **( MONTHLY )** to **$1,358.50 ( MONTHLY )** effective in **03/2021.** Your plan payment is being remitted **by your employer / <u>direct</u> / by automatic bank draft.**

    The reason for the changes in your plan payment is:

    _____  Due to a change in your monthly mortgage payment;

    _____  Due to a claim being filed for a different amount than scheduled;

    __XX__  Due to entry of an order;   01/26/2021.

    _____  Other: _____

    If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

    If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

    If you are paying **direct,** please be aware that the Trustee **DOES NOT** accept personal checks. You can remit payments online through **https://tfsbillpay.com** or mail guaranteed funds, in the form of a **cashier's check or money order** with your **case number and last name** in the description line, to

    Locke D. Barkley
    P.O. Box 1859
    Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date: 1/27/2021

CC:   JIMMY E MCELROY & ASSOCIATES
       3780 S. MENDENHALL
       MEMPHIS, TN 38115-0000

Respectfully submitted,
LOCKE D. BARKLEY

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

    I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  1/27/2021

/s/ Locke D. Barkley\
LOCKE D. BARKLEY\
CHAPTER 13 TRUSTEE